**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Andrea Boxill, *et al.*,

    vs.

Judge James P. O'Grady, *et al.*,

Case No. 2:16-cv-126

**Judge Michael H. Watson**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 30, 2018 Opinion and Order, Plaintiff's motion to strike and motion for an expedited ruling are **DENIED**.

Defendants' motion to dismiss is **GRANTED**.  FCMC is dismissed with prejudice as not *sui juris.*  Plaintiff's § 1981 claims of race discrimination against the individual Defendants are dismissed with prejudice. Plaintiff's § 1983 claims, however, are dismissed without prejudice for failure to state a claim.

Date:  **March 30, 2018**          **Richard W. Nagel, Clerk**

                                                        s/ Jennifer Kacsor

                                                        By Jennifer Kacsor/Courtroom Deputy